

OCT 0 1 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )
                               )
          Plaintiff,           )      No. 1:07-CR-00152
                               )
     vs.                       )      ORDER OF RELEASE
                               )
MIGNON DARICE NELSON,          )
                               )
          Defendant.           )
_____)

     The above named defendant having been sentenced to Time

Served on September 28, 2007,

     IT IS HEREBY ORDERED that the defendant shall be released

forthwith. A certified Judgment and Commitment order to follow.


DATED: _October 1, 2007_

                              _____
                              HONORABLE LAWRENCE J. O'NEILL
                              U.S. DISTRICT JUDGE

12/6/06 ordrelease.form

1