1  BENJAMIN B. WAGNER
   United States Attorney
2  STANLEY A. BOONE
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000

5

6              IN THE UNITED STATES DISTRICT COURT

7             FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,          )   CASE NO.  1:07-CR-00152  LJO
                                      )
10         Plaintiff,                 )   STIPULATION TO CONTINUE
                                      )   SENTENCING AND PROPOSED ORDER
11  v.                                )      (Note changed date from that requested)
                                      )
12  MIGNON DARICE NELSON              )
                                      )
13         Defendant.                 )
                                      )
14  _____ )

15

16

17         IT IS HEREBY STIPULATED by and between the parties hereto through their respective

   counsel, Stanley A. Boone,  Assistant United States Attorney for Plaintiff, Dale Blickenstaff, Attorney
18
   for Defendant MIGNON DARICE NELSON, that the Sentencing Hearing presently set for August 13,
19
   2010, at 9:00 a.m., may be continued to August 20, 2010 at 9:00 a.m.
20
   //
21
   //
22
   //
23
   //
24
   //
25

26

27

28

Stipulation to Continue Status Conference                1

The continuance is necessary as plaintiff's counsel is unavailable on August 13, 2010.

BENJAMIN B. WAGNER
United States Attorney

DATED:  August 11, 2010          By:    /s/ Stanley A. Boone
                                        STANLEY A. BOONE
                                        Assistant U.S. Attorney


DATE:  August 11, 2010           By:    /s/ Dale Blickenstaff
                                        DALE BLICKENSTAFF
                                        Attorney for Mignon Darnice Nelson

### ORDER

The sentencing hearing currently set for August 13, 2010 at 9:00 a.m. may be continued to August 27, 2010 at 8:45 a.m.  (The date requested is not available on calendar due to the 9th Circuit Conference).   In that there has not been given a reason for the unavailability of counsel on the date currently set, good cause has not been stated to justify the continuance.   A good cause showing must be stated for future requests in this or any other case.   For this request/stipulation only, the Court will accept the implied representation of good cause by two experienced officers of the Court.

IT IS SO ORDERED.

**Dated:    August 12, 2010**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE